# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ATLANTIC SPECIALTY INSURANCE COMPANY,

    Plaintiff

v.

JCR DEVELOPMENT LLC, et al.,

    Defendants

Case No.: 2:24-cv-00749-APG-MDC

**Order**

    The plaintiff filed this action in the unofficial southern division of the court, but the events described in the complaint took place in White Pine County, which is in the unofficial northern division. LR IA 1-6.  Under Local Rule LR IA 1-8(a), "civil actions must be filed in the clerk's office for the unofficial division of the court in which the action allegedly arose."

    I THEREFORE ORDER that this action is transferred to the unofficial northern division of this court for all further proceedings.  The clerk of the court shall transfer and reopen this matter as a new action under a new docket number in the northern division, and the action under this docket number shall be closed, without prejudice to the plaintiff regarding any limitation period and filing fee.

    Dated this 23rd day of April, 2024.

ANDREW P. GORDON  
UNITED STATES DISTRICT JUDGE